UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00057-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARIO CHAPARRO-JUAREZ,
a/k/a Mario Acosta,

        Defendant.

---

## ORDER RESETTING CHANGE OF PLEA

---

Due to a scheduling conflict, the change of plea hearing previously set for **August 7, 2006 at 8:30 a.m.** is hereby reset to **August 8, 2006 at 8:30 a.m.** in the United State District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 13TH day of July, 2006.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge